**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

|  |  |  |
|---|---|---|
| **Veronica D. Villegas,** | ) | No.  CV 08-2252-PHX-ROS |
|  | ) |  |
| | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | **ORDER** |
|  | ) | |
| **Weinstein & Riley, P.S.,** | ) | |
| **et al.,** | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |

Plaintiff and Defendants, having stipulated to dismissal of this action, with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action as to all parties with prejudice, each party to bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED** the Rule 16 Scheduling Conference set for May 8, 2009 at 1:30 P.M. is **VACATED**.

DATED this 10th day of April, 2009.

_____
Roslyn O. Silver
United States District Judge